UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

GOLD MEDAL LANDSCAPE NURSERY,
INC. d/b/a PUEBLITO PAISA,
    Defendant(s).

Case No: 22-cv-20915-KMW

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendant, GOLD MEDAL LANDSCAPE NURSERY, INC. d/b/a PUEBLITO PAISA, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com